1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **[~~PROPOSED~~] CONSOLIDATED ORDER**<br>) **GRANTING JLI'S MOTIONS TO DISMISS**<br>) **WITHOUT PREJUDICE FOR FAILURE TO**<br>) **SUBMIT DISCOVERY REQUIRED BY**<br>) **CASE MANAGEMENT ORDER NOS. 8 AND**<br>) **13 AND JLI'S MOTION TO CONVERT**<br>) **ORDER OF DISMISSAL WITHOUT**<br>) **PREJUDICE TO ORDER OF DISMISSAL**<br>) **WITH PREJUDICE**<br>)<br>) This Document Relates To:  All Actions<br>)<br>) The Hon. William H. Orrick<br>)<br>)<br>)<br>) |
| *This Document Relates to All Plaintiffs Identified in Exhibits A and B* | |

1         Before the Court are (1) the Motion by Defendant Juul Labs, Inc. to Dismiss the Complaints

2    filed by all plaintiffs identified in Exhibit A (the "Motion to Dismiss") (Dkt. Nos. 3417, 3428, 3434,

3    3464, 3486, 3604, and 3632)[1] and (2) the Motion by Defendant Juul Labs, Inc. to Convert Order of

4    Dismissal without Prejudice to Order of Dismissal with Prejudice for all plaintiff identified in Exhibit

5    B (the "Motion to Convert") (Dkt. No. 3435) in the above referenced, consolidated actions. Having

6    considered the motions and arguments of the parties, and with good cause appearing therefore, the

7    Court hereby (1) GRANTS the Motion to Dismiss and DISMISSES the Complaints filed by all

8    plaintiffs identified in Exhibit A without prejudice, and (2) GRANTS the Motion to Convert and

9    DISMISSES the Complaints filed by all plaintiffs identified in Exhibit B with prejudice.

10   IT IS SO ORDERED.

11   Dated: January 6, 2023

12

13                                     The Honorable William H. Orrick

14                                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

---

27   [1] The Plaintiffs identified in Dkt. Nos. 3386 and 3510 have voluntarily dismissed their cases or

28   submitted Plaintiff Fact Sheets. Accordingly, Dkt. Nos. 3386 and 3510 are TERMINATED as
MOOT.

[PROPOSED] ORDER                             CASE NO. 3:19-md-02913

# Exhibit A

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1. | Weber, William Leonard | *William Leonard Weber v. Juul Labs, Inc. et al.* | 3:22-cv-02399 | Hare, Wynn, Newell & Newton, LLP | 8/22/2022 | 3417 |
| 2. | Lambert, Hunter | *Hunter Lambert v. Juul Labs, Inc. et al.* | 3:22-cv-02397 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 3. | Mills, Dominic | *Dominic Mills v. Juul Labs, Inc. et al.* | 3:22-cv-02428 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 4. | Christoph, Russell | *Russell Christoph v. Juul Labs, Inc. et al.* | 3:22-cv-02471 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 5. | Coker, Ashten | *Ashten Coker v. Juul Labs, Inc. et al.* | 3:22-cv-02484 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 6. | Ferreira, Matheus | *Matheus Ferreira v. Juul Labs, Inc. et al.* | 3:22-cv-02722 | Pulaski Kherkher, PLLC | 9/13/2022 | 3464 |
| 7. | Yee, Luke | *Luke Yee v. Juul Labs, Inc. et al.* | 3:22-cv-02759 | Napoli Shkolnik PLLC | 9/19/2022 | 3486 |
| 8. | Jimenez, Dave | *Dave Jimenez v. Juul Labs, Inc. et al* | 3:22-cv-03212 | Beasley Allen Crow Methvin Portis & Miles, LLC | 10/17/2022 | 3604 |
| 9. | Zenith Academy East | *Zenith Academy East v. Juul Labs, Inc. et al* | 3:22-cv-03307 | Frantz Law Group, APLC | 10/24/2022 | 3632 |

# Exhibit B

| Count | Case Number | Case | Plaintiff | Counsel | Date MTD with Prejudice Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1. | 3:21-cv-10087 | *Kadie Jones v. Juul Labs, Inc. et al.* | Jones, Kadie | TorHoerman Law, LLC | 5/9/2022 | 3169 |
| 2. | 3:21-cv-10090 | *Morgan Overstreet v. Juul Labs, Inc. et al.* | Overstreet, Morgan | TorHoerman Law, LLC | 5/9/2022 | 3169 |
| 3. | 3:21-cv-10091 | *Maureen Dwelley v. Juul Labs, Inc. et al.* | Dwelley, Maureen | TorHoerman Law, LLC | 5/9/2022 | 3169 |
| 4. | 3:21-cv-09425 | *Layanna Ahrens v. Juul Labs, Inc. et al.* | Ahrens, Layanna | Fears Nachawati, PLLC | 4/18/2022 | 3043 |
| 5. | 3:21-cv-09491 | *Alex Sheehan v. Juul Labs, Inc. et al.* | Sheehan, Alex | Goldenberg Law, PLLC | 4/18/2022 | 3043 |
| 6. | 3:21-cv-09534 | *America Hechavarria v. Juul Labs, Inc. et al.* | Hechavarria, America | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/18/2022 | 3043 |
| 7. | 3:21-cv-09571 | *Jalin A. Howell- Foster v. Juul Labs, Inc. et al.* | Howell-Foster, Jalin A. | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/18/2022 | 3043 |
| 8. | 3:21-cv-09631 | *Chevy Lee Paul Huff v. Juul Labs, Inc. et al.* | Huff, Chevy Lee Paul | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |

| Count | Case Number | Case | Plaintiff | Counsel | Date MTD with Prejudice Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 9. | 3:21-cv-09678 | *Alize Potasz v. Juul Labs, Inc. et al.* | Potasz, Alize | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 10. | 3:21-cv-09679 | *Tyler Currie v. Juul Labs, Inc. et al.* | Currie, Tyler | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 11. | 3:21-cv-09695 | *Joshua Sanders v. Juul Labs, Inc. et al* | Sanders, Joshua | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 12. | 3:21-cv-09724 | *Elizabeth-Grace Dickey v. Juul Labs, Inc. et al* | Dickey, Elizabeth-Grace | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 13. | 3:21-cv-09749 | *J.K v. Juul Labs, Inc. et al.* | J.K. | Giskan Solotaroff & Anderson LLP | 4/25/2022 | 3054 |